IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| GRAY MANUFACTURING COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 12-6015-CV-SJ-ODS<br>) |
| INTERSTATE LIFT & EQUIPMENT COMPANY, INC., | )<br>)<br>) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Dismissal, this case is DISMISSED WITH PREJUDICE. Each party is to bear his, her or its own costs.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: May 3, 2012    UNITED STATES DISTRICT COURT